# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

MICHAEL PAUL WILLIAMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

Case No. CIV-10-388-RAW

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, the court hereby enters this judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

It is so ORDERED this 22nd day of October, 2010.

**Dated this 22nd Day of October 2010.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0